Antlers Golf and Country Club, Inc., Respondent, v. Henry Klein, Appellant, and Gertrude Klein, Defendant.— Order granting motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. .No opinion. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

Edward H. Burger, Respondent, Appellant, v. Elisabeth Maze Willetts, Defendant, and Frank Willetts, Appellant, Respondent.— Order denying plaintiff's motion to examine defendant Frank Willetts with respect to matters arising under five paragraphs of the amended complaint, except in so far as it related to paragraph 16 thereof, modified by granting, in addition to paragraph 16, the examination sought in so far as it relates to matters arising under paragraphs 25 and 48, and as so modified affirmed, with ten dollars costs and disbursements to plaintiff, appellant. (*Naumer* v. *Gray*, 28 App. Div. 529; *Lanyon's Detective Agency* v. *Cochrane*, 240 N. Y. 274, 277; *Scanlon* v. *Kuehn*, 225 App. Div. 256, 258; *Skandinaviska Granit Aktiebolaget* v. *Weiss*, 226 id. 56.) Examination to proceed on five days' notice at same place and hour. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

Allan Fox Company, Inc., Respondent, v. J. D. Johnson Co., Inc., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

Rose A. Fried, Appellant, v. Samuel D. Fried, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to change the place of trial from Kings county to New York county denied, with ten dollars costs. The record clearly shows that defendant was a resident of Kings county at the time the action was instituted. Lazansky, P. J., Rich, Carswell and Scudder, JJ., concur; Kapper, J., dissents and votes to affirm.

Benjamin Friedman, Respondent, v. New York Title and Mortgage Company, Appellant.— Order denying defendant's motion for stay of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

Anna C. Fuhrmann, Respondent, v. Arthur E. Fanroth, Appellant, and Peter J. Fuhrmann, Defendant.*— On reargument, judgment affirmed, with costs. Kapper, Hagarty and Scudder, JJ., concur, Lazansky, P. J., dissents and votes for reversal and a dismissal of the complaint upon the ground that the proof in the case does not warrant the conclusion that the judgment of foreclosure and sale was obtained through any fraud or wrongdoing on the part of defendant Fanroth, and the judgment of foreclosure and sale is, therefore, an adjudication that is binding upon plaintiff. The fraud in obtaining the mortgage was not carried into the procurement of the judgment of foreclosure and sale. · Rich, J., not voting.